## Second Department, December, 1933.

Benjamin J. Apat and Another, Respondents, v. Ida Hallock, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Lorenzo Arico, Respondent, v. The Prudential Insurance Company of America, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Hyman Fox, Appellant, v. New York Fire Insurance Company, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Franks Universal Patents Co., Inc., Appellant, v. John F. Trommer, Inc., Respondent. (Action No. 1.) — In view of the decision of the appeal (post, p. 973), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

Annie Greco, Respondent, v. Jamaica 9700, Inc., and Others, Defendants; Brooklyn and Queens Transit Corporation, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of Israel A. Needleman, an Attorney and Counselor at Law.— The proof in this matter compels a determination (1) that respondent obtained moneys from the city of New York by means of documents that had never been executed; (2) that a client's money had not been invested in a bond and mortgage as represented. The respondent is, therefore, disbarred and his name ordered struck from the roll of attorneys. Present — Lazansky, P. J., Young, Kapper and Hagarty, JJ.; Scudder, J., not voting.

Barbara Kotsky, Respondent, v. Harry Block, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Benny Pennisi, Respondent, v. Jamaica 9700, Inc., and Others, Defendants; Brooklyn and Queens Transit Corporation, Appellant. Antonette Pennisi, Respondent, v. Jamaica 9700, Inc., and Others, Defendants; Brooklyn and Queens Transit Corporation, Appellant.— Motions for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.